UNITED STATES of America,
Plaintiff–Appellee

v.

John MCEVER, Defendant–Appellant.

No. 07–10773
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 30, 2008.

J. Michael Worley, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Raymond J. Rodgers, Federal Public Defender's Office, Northern District of Texas, Fort Worth, TX, for Defendant–Appellant.

Before REAVLEY, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal

---

Case, John McEver presents arguments that he concedes are foreclosed by *United States v. Brown,* 920 F.2d 1212, 1216–17 (5th Cir.1991), *abrogated on other grounds by United States v. Candia,* 454 F.3d 468, 472–73 (5th Cir.2006), which held that a district court may order a term of imprisonment to run consecutively with an unimposed state sentence. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under